COURT OF CHANCERY
OF THE
STATE OF DELAWARE

ANDRE G. BOUCHARD
CHANCELLOR

LEONARD L. WILLIAMS JUSTICE CENTER
500 N. KING STREET, SUITE 11400
WILMINGTON, DELAWARE 19801-3734

November 27, 2019

Kevin R. Shannon, Esquire
Potter Anderson & Corroon LLP
1313 North Market Street
Wilmington, DE 19801

Jeremy D. Eicher, Esquire
Eicher Law LLC
1007 North Orange Street, 4th Floor
Wilmington, DE 19801

Jennifer C. Voss, Esquire
Skadden Arps Slate Meagher
 & Flom LLP
920 North King Street, 7th Floor
Wilmington, DE 19801

Frank E. Noyes, II, Esquire
Offit Kurman, P.A.
1201 N. Orange Suite, Suite 10E
Wilmington, DE 19801

RE: *In re: TransPerfect Global, Inc.*
Civil Action No. 9700-CB

*Elizabeth Elting v. Philip R. Shawe, et al.*
Civil Action No. 10449-CB

Dear Counsel:

Pending before the court is the second motion for certification of an interlocutory appeal that Respondents have filed within the past thirty days. This time, Respondents seek to appeal two orders the court entered on November 1, 2019 (the "Second Orders") arising out of the same dispute that was the subject of a Memorandum Opinion ("Opinion") and Order (the "First Order") issued on October 17, 2019.

On November 18, 2019, the court denied Respondents' motion to certify an interlocutory appeal of the Opinion and First Order (the "Interlocutory Order"). As explained in the Interlocutory Order, "the risk of piecemeal appeals is manifest" in this case.[1] For this reason, the court expressed its view that an interlocutory appeal of the Opinion and the First Order and/or of the Second Orders made no sense until two other outstanding, directly-related matters had been adjudicated, namely "(i) the amount of the Contempt Fee Award and (ii) the resolution of any objections Respondents may make to the Fee Orders."[2] Thereafter, a single interlocutory appeal of all those rulings could be taken together.

The court's calculus of the costs versus the benefits of an interlocutory appeal remains the same now as it did in the Interlocutory Order. Accordingly, for the reasons stated there, Respondents' motion for certification of an interlocutory appeal of the Second Orders is DENIED.

**IT IS SO ORDERED.**

Sincerely,

*/s/ Andre G. Bouchard*

Chancellor

AGB/gm

---

[1] Dkt. 1410 ¶ 9.

[2] *Id.* ¶¶ 9-10.